IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Tucker, Nora

Printed: 10/29/08

Case Number:  06 B 11015
Judge:  Wedoff, Eugene R
Filed:  9/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 11, 2008
Confirmed: October 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 33,763.00 |  |
| Secured: |  | 30,730.46 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,232.20 |
| Trustee Fee: |  | 1,800.34 |
| Other Funds: |  | 0.00 |
| Totals: | 33,763.00 | 33,763.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,232.20 | 1,232.20 |
| 2. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 22,519.07 | 20,264.20 |
| 4. | Cook County Treasurer | Secured | 1,610.63 | 532.90 |
| 5. | First Consumers National Bank | Secured | 4,574.50 | 1,537.44 |
| 6. | Wells Fargo Fin Acceptance | Secured | 22,369.04 | 8,345.92 |
| 7. | Household Financial Corporation | Secured | 50.00 | 50.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 69.36 | 0.00 |
| 9. | Midnight Velvet | Unsecured | 22.98 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 87.71 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 73.41 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 570.63 | 0.00 |
| 13. | Nicor Gas | Unsecured | 59.20 | 0.00 |
| 14. | Cook County Treasurer | Unsecured | 2.51 | 0.00 |
| 15. | First Consumers National Bank | Unsecured | 0.00 | 0.00 |
| 16. | Atlantic Credit & Finance Inc | Unsecured | 332.45 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 60.34 | 0.00 |
| 18. | Account Secure Plus | Unsecured |  | No Claim Filed |
| 19. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 20. | AT&T Credi Corp. | Unsecured |  | No Claim Filed |
| 21. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 22. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 23. | Caine & Weiner | Unsecured |  | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 25. | Oak Forest Hospital | Unsecured |  | No Claim Filed |
| 26. | Palisades Collection LLC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tucker, Nora

Printed: 10/29/08

Case Number: 06 B 11015
Judge: Wedoff, Eugene R
Filed: 9/5/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Social Security Administration | Unsecured | | No Claim Filed |
| 28. | Merrick Bank | Unsecured | | No Claim Filed |
| 29. | Social Security Administration | Unsecured | | No Claim Filed |
| 30. | Spiegel | Unsecured | | No Claim Filed |
| 31. | U S Energy Savings Corp | Unsecured | | No Claim Filed |
| | | | $ 53,634.03 | $ 31,962.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 495.94 |
| 5.4% | 1,073.38 |
| 6.5% | 231.02 |
| | $ 1,800.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

